1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2
   COURTNEY FEIN, CA Bar #244785
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Defendant
   ERNEST MOTLEY, JR.
8

9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,       )   2:09-CR-420 WBS
                                    )
15             Plaintiff,           )
                                    )   APPLICATION AND ORDER
16        v.                        )   APPOINTING COUNSEL
                                    )
17  ERNEST MOTLEY, JR.,             )
                                    )
18             Defendant.           )
                                    )   Judge:   Hon. Gregory G. Hollows
19  _____     )

20

21        The Defendant, Ernest Motley, Jr., through the Office of the Federal Defender for the

22  Eastern District of California, hereby requests the appointment of counsel.

23        Mr. Motley sent a letter to the court regarding his request for a final disposition of the

24  charges contained in the petition alleging a violation of the terms of his supervised release.

25  His file was referred to the Office of the Federal Defender for consultation. The Office of the

26  Federal Defender is requesting appointment pursuant to Mr. Motley's request.

27        A financial affidavit was completed and shows that Mr. Motley currently has no funds

28  at this time due to his incarceration.

This request has been explained to Mr. Motley.

Dated: July 18, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

_____
COURTNEY FEIN
Assistant Federal Defender
Attorney for Defendant
ERNEST MOTLEY, JR.

# **O R D E R**

The Court hereby appoints the Office of the Federal Defender to represent Ernest Motley. This appointment is made pursuant to 18 U.S.C. § 3006A.

Dated: July 24, 2012

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge